HELEN SNOW, as Executrix, etc., of NATHAN SNOW, Deceased, Respondent, v. SAMUEL D. MATTHEWS, Appellant.— Order is affirmed as to the first two items of the demand for a bill of particulars, and is reversed, on the law and facts, as to

the third item, and the motion is granted as to the third item, with printing disbursements only to the appellant. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.